IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HANTZIS,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER L. SHAW, et al,<br><br>    Defendants.<br>_____/ | No. 08-05144 CW<br><br>ORDER VACATING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

    On November 12, 2008, Plaintiff filed the above-captioned civil rights complaint while in custody.  Accordingly,

    IT IS HEREBY ORDERED that the Order Setting Initial Case Management Conference and ADR Deadlines is vacated.  The case will proceed under this Court's procedures for prisoner civil rights actions.

```
          1/30/09
Dated _____          _____
                                       CLAUDIA WILKEN
                                       United States District Judge
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HANTZIS,

        Plaintiff,

  v.

SHAW,

        Defendant.

Case Number: CV08-05144 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Hantzis
#16438-112
Federal Correctional Complex
P.O. Box 5000
Yazoo City, MS 39194

Dated: January 30, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2