**United States District Court**
For the Northern District of California

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
5               FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  ANDREW HANTZIS,                      No. C 08-05144 CW (PR)
8          Plaintiff,                   ORDER VACATING HEARINGS AND
                                        SETTING BRIEFING SCHEDULE
9       v.
10 PETER L. SHAW, et al.,
11          Defendants.
                                    /
12
13     Good cause appearing, the hearings noticed in this matter on
14 Defendants Shaw's, Larry's and Larson's Motion to Dismiss Complaint
15 Pursuant to 28 U.S.C. § 1915A as well as Defendant Grantland's
16 Motion to Dismiss Amended Complaint set for April 9, 2009 at 2:00
17 PM are hereby VACATED.
18     Plaintiff's oppositions to Defendants' motions to dismiss
19 shall be filed with the Court and served on Defendants no later
20 than thirty (30) days from the date of this Order.  Defendants
21 shall file their reply briefs no later than fifteen (15) days after
22 Plaintiff's oppositions are filed.  The motions shall be deemed
23 submitted as of the date the reply briefs are due.  No hearing will
24 be held on the motions unless the Court so orders at a later date.
       IT IS SO ORDERED.
25
26 Dated:  3/11/09
                                     _____
                                     CLAUDIA WILKEN
27                                   UNITED STATES DISTRICT JUDGE
28

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

et al,

4

Plaintiff,

Case Number: CV08-05144 CW

5

v.

**CERTIFICATE OF SERVICE**

6

et al,

7

Defendant.

8 _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11 That on March 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15 Andrew  Hantzis #16438-112
Federal Correctional Institution

16 YQ200 Low
P.O. Box 5000

17 Yazoo City,  MS 39194

18 Dated: March 11, 2009

Richard W. Wieking, Clerk

19 By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

2